1   MARC V. KALAGIAN
    Law Offices of Rohlfing & Kalagian, LLP
2        211 East Ocean Boulevard, Suite 420
         Long Beach, California 90802
3        Phone:  562-437-7006
         Fax:  562-432-2935
4        marc.kalagian@rksslaw.com

5   Attorneys for Plaintiff

6
    DANIEL G. BOGDEN, NVBN 2137
7   United States Attorney
    APRIL ALONGI, VABN 76459
8   Assistant Regional Counsel
         160 Spear Street, Suite 800
9        San Francisco, CA 94105
         Phone:  415-977-8954
10       Fax:  415-744-0134
         april.alongi@ssa.gov
11
    Attorneys for Defendant
12

13

14                    **UNITED STATES DISTRICT COURT**

                          **DISTRICT OF NEVADA**
15

16
    JOHN W. KOCAN,                     )  Case No:  2:14-cv-01058-JAD-NJK
17                                      )
               Plaintiff               )
18                                      )  **JOINT STIPULATION FOR**
         v.                            )  **VOLUNTARY REMAND PURSUANT TO**
19                                      )  **SENTENCE FOUR OF 42 U.S.C. § 405(G)**
    CAROLYN W. COLVIN, Acting          )
20  Commissioner of Social Security,   )
                                        )
21             Defendant.              )
                                        )
22

23
         IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
24
    with the approval of this Court, to remand the above-captioned matter to the Commissioner of
25
    Social Security pursuant to sentence four of 42 U.S.C. § 405(g).
26
                                       -1-

1      Upon remand, the Administrative Law Judge (ALJ) will further evaluate Plaintiff's

2  severe impairment of degenerative disc disease of the lumbar spine and reassess his residual

3  functional capacity.  If necessary, the ALJ will also obtain supplemental vocational expert

4  evidence.

5

6                                                      Respectfully submitted,

7

8  Date:  September 10, 2014              LAW OFFICES OF ROHLFING & KALAGIAN

9                                    By:    */s/* Marc V. Kalagian*
                                           MARC V. KALAGIAN

10                                          *by email authorization September 10, 2014

11                                          Attorneys for Plaintiff

12

13  Date:  September 10, 2014              DANIEL G. BOGDEN
                                           United States Attorney

14                                    By:    */s/ April Alongi*
                                           APRIL ALONGI

15                                          Assistant Regional Counsel

16                                          Attorneys for Defendant

17

18                              **ORDER**

19      **IT IS SO ORDERED.**

20      Dated:  September 10, 2014.

21

22

23  _____
                                       United States District Judge

24

25

26
                                       -2-