UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John W. Kocan,<br><br>    Plaintiff<br><br>v.<br><br>Carolyn W. Colvin,<br><br>    Defendant | 2:14-cv-01058-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Granting Amended Motion for Attorney's Fees**<br><br>[ECF 23, 29] |

John W. Kocan sued Carolyn W. Colvin, as the acting commissioner of Social Security, to recoup benefits he claims were unjustly denied to him.[1] The government stipulated to remand before any substantive briefing occurred in this case, and Kocan ultimately prevailed in obtaining benefits. Kocan now requests attorney's fees under 42 USC § 406(b);[2] the government filed a non-opposition in response.[3] Magistrate Judge Koppe entered a report recommending that I grant Kocan's unopposed motion for $8,000 in attorney's fees, to be offset by the Equal Access to Justice Act (EAJA) fee award already provided. Objections to Magistrate Judge Koppe's report and recommendation were due by March 4, 2016. Neither party has filed an objection or requested an extension to do so.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Koppe's Report and Recommendation **[ECF 29] is ADOPTED;**

---

[1] ECF 3.

[2] ECF 23.

[3] ECF 24.

IT IS FURTHER ORDERED that plaintiff's **Amended Motion for Attorney's Fees [ECF 23] is GRANTED; Kocan is awarded $8,000 in attorney's fees, to be offset by the EAJA fee award already provided.**

**The Clerk of Court is directed to enter judgment in favor of the plaintiff in the total amount of $8,000 (which includes the $1,425.00 awarded in the stipulated order at ECF 18).**

Dated this 7th day of March, 2016

_____
Jennifer A. Dorsey
United States District Judge